**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. _11 CR 20346 MGC_

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

FILED by PG D.C.
DEC 05 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. MIAMI

Dec. 1. 2012

Dear Honorable Justice Cooke

I Hope when you Recieve This Letter it Find you in The very best of Health And every Thing, As For myself I am doing okay considering my situation.

Honorable Justice, I don't know how To write a motion but I am writing This in hopes That your honor Reconsiders The sentence of 6yr That I Recieved At your Court. To Start I want To Thank you For not Sentencing me To Life in Prison. To Start Let me say That I am A good man who happens To come From a country where bad Things happen To people who don't Follow orders. On one side we have The Police and on The other we have The drug dealer. Sometimes its hard To Tell one From The other < we do have some good officer > And in a country where There is so much corruption you can't afford To make a mistake. I've come To Regret The Fact That I Learned To navigate the ocean in the Navy, maybe Had I not Known, The Drug dealer of my country would of not come To ask me For Help.

Your Honor my country is not like America where you can say no To Drug dealer And if They bother you you'll Just go To The police. In colombia when A drug dealer "Tells you To do something" you do it. Then you Try Slowly To get out before They Kill you or your Family. Everyone in my Family Knows what happened To me, "even my Town Knows" I did Agree To Help some drug Lords by navigating Their boat However I got out of The Agreement before Anything happened, when I was Arrest in colombia They had not yet Found The Sub I was going To supposilly navigate I was in Jail when They found That Sub not even Finish. And I Had gotten out of The deal by The Time I was Arrest.

Justice Cooke, I am a honest man with A wife And kids; A young boy of 17yr And A young girl. I need To be home soon To make Sure my son does not Fall into The Type of Life That Awaits So many of The Kids in Colombia who grow up

with out a Father. I was not earning a Fantastic pay check! but I made enough for my Family and I to be happy.

I am asking your Honor to Reconsider the sentence that you gave me, give me a Fighting chance I know That what they say I did is Bad, And I accept That I did Tell The drug lord That I would navigate one of Their Submersibles but what was I suppose To say "NO". what would you have Said, knowing That in Colombia The druglords have The power of Life and death. does your Honor Think They would of Let me Live After They told me Their plan. I did what I Had To, in order To Survive Not only For me but For My wife And kids.

I Hope you can Take all This into Account And Lower my Sentence.

I Thank you For your Time And consideration in This Matter

I Remain RespectFully
MR Agustin Campos Prado
# 98158-004
F.D.C Miami PO BOX 019120
Miami Florida 33101-9120
Case # 1:3C1:11CR 20346



Agustin Campos prado #98158-004
FDC Miami PO Box 019120
Miami Fl 33101-9120

Legal
Mail

USMS INSPECTED
RECEIVED

To The Honorable Marcia G. Cooke
U.S. District Judge
400 North Miami Avenue
Miami, Florida, 33128